## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA COSTIN, | CIVIL ACTION NO. |
| Plaintiff, | 3:00CV2077 (JCH) |
| v. | |
| BHANDARI CONSTRUCTORS & CONSULTANTS, INC., J. KOKOLAKIS CONTRACTING, INC., ANTHRACITE WINDOW CORP., TIP TOP GENERAL CONTRACTING CORP. and MIAMI WALL SYSTEMS, INC. | |
| Defendants. | |
| BHANDARI CONSTRUCTORS & CONSULTANTS, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| ANTHRACITE WINDOW CORP., TIP TOP GENERAL CONTRACTING CORP. and UNITED STATES FIDELITY & GUARANTY COMPANY | |
| Third-Party Defendants. | |

### MOTION TO ADMIT VISITING ATTORNEY

Michael A. Bucci, a member of the bar of this Court, respectfully moves, pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure, that William J. Taylor be permitted to represent, in association with the undersigned, third-party defendant United States Fidelity & Guaranty Company in the above-captioned matter.

**ORAL ARGUMENT NOT REQUESTED**

The Affidavit of Mr. Taylor in support of this motion is attached hereto as Exhibit "A".

DSB:936061.1/USF003-142962

Also attached to this motion is a check in the amount of $25.00 for payment of the fees required by Rule 83.1(d)(2) of the Local Rules of Civil Procedure for this District.

THIRD-PARTY DEFENDANT,
UNITED STATES FIDELITY & GUARANTY COMPANY

_____
Michael A. Bucci (ct15429)

Day, Berry & Howard LLP
CityPlace
Hartford, CT 06103-3499
Telephone:  (860) 275-0100
Facsimile:   (860) 275-0343
Email:        mabucci@dbh.com
Its Attorney

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first class mail, postage prepaid. to:

Attorney Donald G. Walsh, Sr.
169 Olive Street
New Haven, CT 06511

Attorney Stephen P. Del Sole
Del Sole & Del Sole, LLP
27 Elm Street
New Haven, CT 06510

Attorney Jon Antkowiak
Law Offices of Grant Miller
29 South Main Street
Hartford, CT 06107-2445

Anthracite & Window Corp.
US Rt. 130, South
P.O. Box 432
Cranbury, NJ 08513

Attorney Thomas Winslow
321 Main Street
Farmington, CT 06032-2976
Attorney Mark Healey
666 Savin Avenue
West Haven, CT 06516

Attorney Andrew S. Turret
265 Church Street
New Haven, CT 06510

_____
Michael A. Bucci

Date: 10/15/03

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA COSTIN, | : | CIVIL ACTION NO. |
| | : | 3:00CV2077 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BHANDARI CONSTRUCTORS & | : | |
| CONSULTANTS, INC., J. KOKOLAKIS | : | |
| CONTRACTING, INC., ANTHRACITE | : | |
| WINDOW CORP., TIP TOP GENERAL | : | |
| CONTRACTING CORP. and MIAMI | : | |
| WALL SYSTEMS, INC. | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| BHANDARI CONSTRUCTORS & | : | |
| CONSULTANTS, INC., | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTHRACITE WINDOW CORP., TIP | : | |
| TOP GENERAL CONTRACTING CORP. | : | |
| and UNITED STATES FIDELITY & | : | |
| GUARANTY COMPANY | : | |
| | : | |
| Third-Party Defendants. | : | |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT VISITING ATTORNEY**

I, William J. Taylor, after being duly sworn, depose and say as follows:

1.      I am a member of the law firm of Wolf, Block, Schorr and Solis-Cohen LLP and represent third-party defendant United States Fidelity & Guaranty Company.

DSB:936034.1/USF003-142962

2. The address of my firm is 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097. The firm's telephone number is 215-977-2000. My fax number is 215-405-2598, and my e-mail address is wtaylor@wolfblock.com.

3. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of Maryland, and the State of Florida. I am also a member in good standing of the bars of the Eastern District of Pennsylvania, the Western District of Pennsylvania, the Middle District of Florida, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
William J. Taylor

Sworn to and subscribed
before me this 14th day
of October, 2003

_____
Notary Public

NOTARIAL SEAL
ROBIN L. THOMPSON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Jan. 17, 2005