## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

FILED
2003 OCT 16 A 10: 27

| | |
|---|---|
| BARBARA COSTIN, | CIVIL ACTION NO. |
| Plaintiff, | 3:00CV2077 (JCH) |
| v. | |
| BHANDARI CONSTRUCTORS & CONSULTANTS, INC., J. KOKOLAKIS CONTRACTING, INC., ANTHRACITE WINDOW CORP., TIP TOP GENERAL CONTRACTING CORP. and MIAMI WALL SYSTEMS, INC. | |
| Defendants. | |
| BHANDARI CONSTRUCTORS & CONSULTANTS, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| ANTHRACITE WINDOW CORP., TIP TOP GENERAL CONTRACTING CORP. and UNITED STATES FIDELITY & GUARANTY COMPANY | |
| Third-Party Defendants. | |

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By [signature]

### MOTION TO ADMIT VISITING ATTORNEY

Michael A. Bucci, a member of the bar of this Court, respectfully moves, pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure, that William J. Taylor be permitted to represent, in association with the undersigned, third-party defendant United States Fidelity & Guaranty Company in the above-captioned matter.

**ORAL ARGUMENT NOT REQUESTED**

The Affidavit of Mr. Taylor in support of this motion is attached hereto as Exhibit "A".

DSB:936061.1/USF003-142962