# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Barbara Costin,
Plaintiff,

v.

Bhandari Constructors & Consulting, Inc.,
Defendant.

**APPEARANCE** FILED

2003 DEC -5 A 10: 17

CASE NUMBER: 3:00CV2077 (JCH)

RECEIVED NOV 2 2003

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Third party defendant United States Fidelity & Guaranty Company.

11/20/03
Date

CT 17701
Connecticut Federal Bar Number

215-977-2598
Telephone Number

215-405-2598
Fax Number

wtaylor@wolfblock.com
E-mail address

Signature

William J. Taylor
Print Clearly or Type Name

Wolf, Block, Schorr and Solis-Cohen LLP
Address

1650 Arch Street, 22nd Floor

Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached certification.

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

## CERTIFICATION

I, William J. Taylor, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail on this 20th day of November, 2003 upon the following:

Attorney Donald G. Walsh, Sr.
169 Olive Street
New Haven, CT 06511

Attorney Stephen P. Del Sole
Del Sole & Del Sole, LLP
27 Elm Street
New Haven, CT 06510

Attorney Jon Antkowiak
Law Offices of Grant Miller
29 South Main Street
Hartford, CT 06107-2445

Anthracite & Window Corp.
US Rt. 130, South
P.O. Box 432
Cranbury, NJ 08513

Attorney Thomas Winslow
321 Main Street
Farmington, CT 06032-2976

Attorney Andrew S. Turret
265 Church Street
New Haven, CT 06510

Attorney Mark Healey
666 Savin Avenue
West Haven, CT 06516

Attorney Michael A. Bucci
Day, Berry & Howard LLP
CityPlace
Hartford, CT 06103-3499

William J. Taylor (CT 17701)