FILED

2003 DEC 10  A 11: 53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA COSTIN<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:00cv2077 (JCH) |
| VS. | : |
| BHANDARI CONSTRUCTORS, ET AL.<br>Defendants | :<br>: DECEMBER 8, 2003 |

### APPEARANCE

Enter my appearance as Attorney for the defendant, Anthracite Window Corp., only, in the above-entitled case.

                            DEFENDANT,
                            ANTHRACITE WINDOW CORP.

BY: _____
James M. Celentano
Fed. Bar No. ct 17630
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tele: (860) 522-6103

One Goodwin Square       HALLORAN      Phone (860) 522-6103
225 Asylum Street       & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103           Juris No. 26105

## CERTIFICATION

This is to certify that on this ___6th___ day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Mark A. Healey, Esq.
666 Savin Avenue
West Haven, CT 06516

Jon P. Antkowiak, Esq.
Law Offices of Cynthia Jaworski
55 Capital Blvd., Suite 210
Rocky Hill, CT 06067

Michael A. Bucci, Esq.
Day, Berry & Howard, LLP
185 Asylum Street
Hartford, CT 06103

Andrew S. Turret, Esq.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510

Donald G. Walsh, Esq.
Michael Burt, Esq.
169 Olive Street
New Haven, CT 06510

Rene Gerard Martineau, Esq.
DelSole & DelSole, LLP
P.O. Box 310
Wallingford, CT 06492

James F. Shields, Esq.
D'Attelo & Shields
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067

Martha Johnston, Esq.
John A. Wait, Esq.
Wolf, Block, Shorr & Solis-Cohen
1650 Arch St., 22nd Floor
Philadelphia, PA 19103-2097

_____
James M. Celentano

492891.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105