CT/cvjysel (January 18, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**   (RPTR)ERO/TAPE **FINKELSTEIN**

TOTAL TIME: ___ hours **10** minutes

DATE **12-09-03**   START TIME **9:45**   END TIME **9:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00CV2077**

**COSTIN**
vs.
**BHANDARI**

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

D. WALSH
M. HEALEY
_____
Plaintiffs Counsel

J. ANTKOWIAK
_____
Defendants Counsel

WM TAYLOR - USFAG
J. CELENTANO - ANTHRACITE
J. SHIELDS - COSTIN
R. MARTINEAU TIP-TOP

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ... ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ... ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed
☐ ... _____  ☐ filed ☐ docketed

☐ ... _____ # jurors present
☐ ... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ... Voir Dire by Court
☐ ... Peremptory challenges exercised (See attached)
☐ ... Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ... Remaining jurors excused
☐ ... Discovery deadline set for _____
☐ ... Disposition Motions due _____
☐ ... Joint trial memorandum due _____
☐ ... Trial continued until _____ at _____

☐ COPY TO: JURY CLERK