UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA COSTON,
        PLAINTIFF                    CIVIL ACTION NO. 3:00 CV 2077(JCH)

VS

BHANDARI CONSTRUCTORS &
CONSULTANTS, INC., J. KOKOLAKIS
CONTRACTING, INC., ANTHRACITE WINDOW
CORP., TIP TOP GENERAL CONTRACTING
CORP., MIAMI WALL SYSTEMS, INC. and
U.S.F.& G. CO.                        FEBRUARY 19, 2004

## APPEARANCE

Please enter my appearance as attorney for the plaintiff, in addition to the appearance of Attorney Donald G. Walsh, Sr. and Attorney Michael E. Burt, in the above entitled matter.

Dated at New Haven, Connecticut this 19th day of February, 2004.

Donald G. Walsh, Jr.
Fed. Bar No. CT 02368
Donald G. Walsh, P.C.
169 Olive Street
New Haven, CT 06511
Tel. (203) 772-3230

This is to certify that on February 19, 2004 a copy of the foregoing was mailed to:

Attorney Jon Antkowiak
Law Offices of Grant Miller
29 South Main St.
Hartford, CT  06107-2445

Attorney Mark Healey
666 Savin Avenue
West Haven, CT  06516

Attorney Renee Gerard Martineau
DEL SOLE & DEL SOLE
46 South Whittlesey Avenue
Wallingford, CT  06492

Attorney Michael Bucci
DAY, BERRY & HOWARD
CityPlace
Hartford, CT  06103-3499

Attorney Reed Slatas
HALLORAN & SAGE
225 Asylum Street
Hartford, CT  06103

Attorney John A. Wait
WOLF, BLOCK, SHORR & SOLIS-COHEN
1650 Arch St, 22nd fl.
Philadelphia, PA  19103-2097

Attorney Martha Johnson
WOLFE, BLOCK, SHORR & SOLIS-COHEN
1650 Arch Street, 22nd Fl.
Philadelphia, PA  19103-2097

_____
Donald G. Walsh, Jr.