FILED

2004 FEB 25  A 9: 34

US

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA COSTIN | : CIVIL ACTION NO. |
| | : 3:00-cv-2077 (JCH) |
| Plaintiff, | : |
| VS. | : |
| | : |
| BHANDARI CONSTRUCTORS, & | : |
| CONSULTANTS, INC. & J. KOKOLAKIS | : |
| CONTRACTORS, INC., ET AL | : |
| Defendants. | : |
| | : FEBRUARY 24, 2004 |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Leslie Gold McPadden, as attorney for the defendant, J. Kokolakis Contracting, Inc., in the above-entitled matter.

THE DEFENDANT,
J. KOKOLAKIS CONTRACTING, INC.

*[signature]*

Leslie Gold McPadden
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone: (861) 571-7999
Federal Bar No.: ct17525

## CERTIFICATION

I hereby certify that a copy of the above was mailed on February 24, 2004, to all counsel and pro se parties of record:

Michael E. Burt, Esquire
Donald G. Walsh, Esquire
Walsh, Burt, Walsh & Carocci
169 Olive Street
New Haven, CT 06511

Mark A. Healey, Esquire
P.O. Box 562
666 Savin Avenue
West Haven, CT 06516

Attorney Rene Gerard Martineau.
Del Sole & Del Sole
46 South Whittlesey Ave.
P.O. Box 310
Wallingford, CT 06492

Michael A. Bucci, Esquire
Eric L. Sussman, Esquire
Day, Berry & Howard
185 Asylum Street
Hartford, CT 06103-3499

Jon P. Antkowiak, Esquire
Law Offices of Cynthia A. Jaworski
55 Capital Blvd., Suite 210
Rocky Hill, CT 06067

James M. Celentano, Esquire
Reed, Adam, Slatas
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

William J. Taylor, Esquire
Martha E. Johnston, Esquire
John A. Wait, Esquire
Wolf, Block, Schoor & Solis-Cohen, LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097

_____
Leslie Gold McPadden