UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COSTIN

V.                                          Case Number: 3:00cv2077JCH

BHANDARI

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on February 27, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 27, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at March 2, 2004.


KEVIN F. ROWE, CLERK

By:   /s/Catherine Boroskey
      Catherine Boroskey
      Deputy Clerk