UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -7 P 1:41
U.S. 3:00cv2077JCH
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BARBARA COSTIN
v
BHANDARI CONSTRUCTORS &
CONSULTANTS, INC. & J. KOKOLAKIS
CONTRACTING, INC.
v
ANTHRACITE WINDOW CORP. & TIP TOP
GENERAL CONTRACTING CORP. &
U.S. FIDELITY AND GUARANTY CO.

### JUDGMENT

Notice having been sent to counsel of record on May 2, 2004, pursuant to L.R. 41(b)(16(b)) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before March 27, 2004. No closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b)(16(b)), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 7th day of April, 2004.

KEVIN F. ROWE, Clerk

ENTERED ON THE
DOCKET_____

By_____
Deputy Clerk

ENTERED ON DOCKET_____